IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MATTHEW L. ROWELL, #165526, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:16-CV-536-WKW |
| ) | (WO) |
| UAB MEDICAL CENTER, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On September 1, 2016, the Magistrate Judge entered a Recommendation (Doc. # 4) to which no objections have been filed. After a *de novo* review of the record, it is ORDERED that the Recommendation (Doc. # 4) is ADOPTED and that this action is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1404(a).[1]

The Clerk of the Court is DIRECTED to take the necessary steps to effectuate the transfer of this action.

DONE this 24th day of October, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Alternatively, if the Middle District of Alabama is not a proper venue under 28 U.S.C. § 1391(b), the transfer is effectuated pursuant to 28 U.S.C. § 1406(a), which provides: "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."